James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA  95814
Telephone:   916.446.5297
Facsimile:   916.446.4487
Email:           jhenderson@cbmlaw.com

Attorneys for Defendants
DELWIN BROWN, MARCEL BERRY, DANIEL TORRES, LINDA BRIDGES, STEVIE CHIU and ROBERT DUTRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VINCENT BAKER, | No. CV S-05-589 GEB KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

IT IS HEREBY stipulated and agreed by the parties as follows:

1. That pursuant to the settlement agreement between and among the parties, Plaintiff Vincent Baker hereby stipulates to the dismissal of his Complaint in this action with prejudice as to all parties;

2. That pursuant to the settlement agreement, Cross-Complainant Marcel Berry hereby stipulates to the dismissal with prejudice of his Cross-Complaint as to Plaintiff and Cross-Defendant Vincent Baker;

3. As to the Cross-Complaint of Marcel Berry asserted against Cross-

Defendant Narciso Morales, Cross-Complainant Marcel Berry hereby stipulates to the dismissal of his Cross-Complaint without prejudice as to Cross-Defendant Narciso Morales;

    4. That the Plaintiff shall bear his own costs and attorney's fees as to the Defendants herein;

    5. The Defendants shall bear their respective costs and attorney's fees as to the Plaintiff herein;

    6. That Cross-Complainant Marcel Berry shall bear his own costs and attorney's fees as to Cross-Defendant Vincent Baker and Narciso Morales herein; and

    7. Cross-Defendants Vincent Baker and Narciso Morales shall bear each one's respective costs and attorney's fees as to the Cross-Complainant Marcel Berry herein.

Dated: _____     THE DRIVON LAW FIRM

BY_____
    Davey L. Turner, Esq. (SB# 196886)
    215 No. San Joaquin St.
    Stockton, CA  95202
    Attorneys for Plaintiff Vincent Baker

Dated: _____     CALIFORNIA DEPARTMENT OF JUSTICE
    DEPUTY ATTORNEY GENERAL

BY_____
    Alvin Gittisvinboongul, Esq. (SB# 170296)
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA  94244-2550
    Attorneys for State of California, California
    Youth Authority, Hickman, Allen & Mahoney

Dated: _____     CARROLL, BURDICK & McDONOUGH LLP

By _____
James W. Henderson, Jr. (SB# 071170)
Attorneys for Defendants
DELWIN BROWN, MARCEL BERRY,
DANIEL TORRES, LINDA BRIDGES,
STEVIE CHIU and ROBERT DUTRA

Dated: _____     CARCIONE, CATTERMOLE, DOLINSKI, et al.

BY_____
Joshua S. Markowitz, Esq.( (SB# _____)
601 Brewster Ave., P.O. Box 3389
Redwood City, CA 94064-3389
Attorneys for Cross-Defendant
Narciso Morales

Dated: _____     BY_____
Marcel Berry
Cross-Complainant in Pro Se

# ORDER

Pursuant to the parties stipulation, the Court orders as follows:

1. The Complaint of Plaintiff Vincent Baker is hereby dismissed with prejudice as to all Defendants;

2. The Cross-Complaint of Marcel Berry is hereby dismissed with prejudice as to Cross-Defendant Vincent Baker;

3. The Cross-Complaint of Marcel Berry is hereby dismissed without prejudice as to Cross-Defendant Narciso Morales;

4. That Plaintiff Vincent Baker shall bear his own attorney's fees and costs as to the Defendants in this action;

5. That the Defendants in this action shall bear their respective attorney's fees and costs as to Plaintiff Vincent Baker;

6 That Cross-Complainant Marcel Berry shall bear his attorney's fees and costs as to Cross-Defendants Narcisco Morales and Vincent Baker;

7. That Cross-Defendants Narcisco Morales and Vincent Baker shall bear their respective attorney's fees and costs as to Cross-Complainant Marcel Berry.

The Clerk is directed to close this action.

Dated:  October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge